# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**352**
**CA 15-01953**
PRESENT: WHALEN, P.J., SMITH, CARNI, LINDLEY, AND NEMOYER, JJ.

---

IN THE MATTER OF KIAMBU PORTER,
PETITIONER-APPELLANT,

           V                      MEMORANDUM AND ORDER

ANTHONY ANNUCCI, ACTING COMMISSIONER, NEW YORK
STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION, RESPONDENT-RESPONDENT.

---

WYOMING COUNTY-ATTICA LEGAL AID BUREAU, WARSAW (ADAM W. KOCH OF
COUNSEL), FOR PETITIONER-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (FRANK BRADY OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

---------------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Wyoming County
(Michael M. Mohun, A.J.), entered October 27, 2015 in a proceeding
pursuant to CPLR article 78.  The judgment dismissed the petition.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs.

Memorandum:  Petitioner appeals from a judgment dismissing his
petition seeking to annul the Parole Board's determination denying him
parole release.  We conclude that "[t]his appeal must be dismissed as
moot because the determination expired during the pendency of this
appeal, and the Parole Board denied petitioner's subsequent request
for parole release" (*Matter of Patterson v Berbary*, 1 AD3d 943, 943,
*appeal dismissed and lv denied* 2 NY3d 731; *see Matter of Robles v
Evans*, 100 AD3d 1455, 1455).  Contrary to petitioner's contention, the
exception to the mootness doctrine does not apply here (*see Matter of
Sanchez v Evans*, 111 AD3d 1315, 1315; *see generally Matter of Hearst
Corp. v Clyne*, 50 NY2d 707, 714-715).

Entered:  March 31, 2017                      Frances E. Cafarell
                                          Clerk of the Court